IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| REGINALD GRIMES, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   7: 19-CV-144(WLS) |
| | ) |
| | ) |
| SGT. MCCALL, *et. al.*, | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties to this action, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

IN WITNESS WHEREOF, RELEASOR, REGINALD GRIMES, JR., has hereto set his hand and seal this ___ day of June, 2022.

REGINALD GRIMES, JR.
GDC# 1225251

Sworn to and subscribed before me,
this 23 day of JUNE, 2022.

NOTARY PUBLIC
My Commission expires: May 17, 2025

*(Signatures on following page)*

1

This 8th day of June, 2022

CHRISTOPHER M. CARR
Attorney General
Georgia Bar No.: 112505

KATHLEEN M. PACIOUS
Deputy Attorney General
Georgia Bar No.: 558555

SUSAN E. TEASTER
Senior Assistant Attorney General
Georgia Bar No.: 701415

CASTELLOW & STRICKLAND, LLP
/s/ Michael A. Strickland,
Michael A. Strickland
Georgia Bar No.: 687810

Please serve:
Michael A. Strickland
P.O. Box 190
Moultrie, Georgia 31776
(229) 985-1213
Michael.Strickland@MTCSlaw.com

Attorneys for Defendants

SO ORDERED this 7th day of July, 2022

W. Louis Sands, Sr. Judge
United States District Court

2